# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158065(67)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

KELLY CHRISTOPHER WARREN,
　　　　Defendant-Appellant.
_____/

SC: 158065
COA: 333997
Mecosta CC:  15-008431-FH;
　　14-008297-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED.  The supplemental brief will be accepted as timely filed if submitted on or before June 18, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2019



Clerk